

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2020

No. 04-20-00426-CV

**IN THE INTEREST D.A., JR., DECEASED**

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-18-70
Honorable Baldemar Garza, Judge Presiding

## O R D E R

The trial court clerk filed a notification of late record on September 2, 2020, stating the clerk's record was complete and ready for filing, but appellant had failed to pay the clerk's fee. Appellant has filed proof the clerk's fee was paid September 11, 2020; however, the clerk's record has not been filed.

We **order** the Jim Hogg County and District Clerk, **Zonia G. Morales**, to file the clerk's record in this appeal by **September 28, 2020**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court